**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Oneida Liciaga                  CHAPTER 7

<u>Debtor(s)</u>

BKY. NO. 24-13282 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of American Neighborhood Mortgage Acceptance Company, LLC and index same on the master mailing list.

                                       Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
30 Sep 2024, 17:43:17, EDT

             KML Law Group, P.C.
             701 Market Street, Suite 5000
             Philadelphia, PA 19106-1532
             (215) 627-1322