IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: ONEIDA LICIAGA <br> **Debtor(s)** | CHAPTER 7 |
| SANTANDER CONSUMER USA INC. <br> **Moving Party** | CASE NO. 24-13282-PMM |
| | 11 U.S.C. 362 |
| v. | |
| | HEARING DATE: **10-29-24 at 10:00 AM** |
| ONEIDA LICIAGA <br> **Respondent(s)** | |
| ROBERT W. SEITZER <br> **Trustee** | |

## ORDER MODIFYING THE AUTOMATIC STAY AS TO PERSONAL PROPERTY

Upon the motion of Santander Consumer USA Inc., under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is modified to permit the movant to pursue the movant's rights in the personal property described as a **2014 BMW 3 Series** bearing vehicle identification number WBA3B5G55ENS09926 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

It is further Ordered that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3).

Date: **October 28, 2024**

*Patricia M. Mayer*

UNITED STATES BANKRUPTCY JUDGE