United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-13282-pmm |
| Oneida Liciaga | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 28, 2024 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Oneida Liciaga, 720 5th Ave, Bethlehem, PA 18018-3612 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: bk@szjlaw.com | Oct 29 2024 00:05:00 | Santander Consumer USA Inc., 2860 Patton Rd., Roseville, MN 55113-1100 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Oct 30, 2024 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor American Neighborhood Mortgage Acceptance Company  LLC bkgroup@kmllawgroup.com |
| LYNN E. FELDMAN | on behalf of Debtor Oneida Liciaga feldmanfiling@rcn.com  feldman.lynnb123770@notify.bestcase.com |
| ROBERT W. SEITZER | rseitzer@karalislaw.com  PA93@ecfcbis.com;jhysley@karalislaw.com |
| United States Trustee | |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 28, 2024 | Form ID: pdf900 | Total Noticed: 2 |

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG

on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com
mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: ONEIDA LICIAGA ) | |
| **Debtor(s)** ) | CHAPTER 7 |
| ) | |
| SANTANDER CONSUMER USA INC. ) | CASE NO. 24-13282-PMM |
| **Moving Party** ) | |
| ) | 11 U.S.C. 362 |
| v. ) | |
| ) | HEARING DATE: **10-29-24 at 10:00 AM** |
| ONEIDA LICIAGA ) | |
| **Respondent(s)** ) | |
| ) | |
| ROBERT W. SEITZER ) | |
| **Trustee** ) | |
| ) | |

**ORDER MODIFYING THE AUTOMATIC STAY
AS TO PERSONAL PROPERTY**

    Upon the motion of Santander Consumer USA Inc., under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

    ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is modified to permit the movant to pursue the movant's rights in the personal property described as a **2014 BMW 3 Series** bearing vehicle identification number WBA3B5G55ENS09926 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

    It is further Ordered that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3).

Date: **October 28, 2024**

*Patricia M. Mayer*

UNITED STATES BANKRUPTCY JUDGE