United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 24-13282-pmm
Oneida Liciaga  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4  User: admin  Page 1 of 3
Date Rcvd: Dec 27, 2024  Form ID: 318  Total Noticed: 55

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Oneida Liciaga, 720 5th Ave, Bethlehem, PA 18018-3612 |
| 14927074 | | 07 N E A JOHN CASABLANCA, 1550 Wall St, Saint Charles, MO 63303-3545 |
| 14927075 | + | ANA LICIAGA, 10 N FILBERT ST, Allentown, PA 18109-2110 |
| 14927084 | + | CESAR LICIAGA GONZALES, 10 N FILBERT ST, Allentown, PA 18109-2110 |
| 14927085 | | CHKG/AMAZONPRIME, PO Box 4500, Allen, TX 75013-1311 |
| 14927087 | | CHKG/HULU, PO Box 4500, Allen, TX 75013-1311 |
| 14927092 | + | CITY OF BETHLEHEM, 1O EAST CHURCH ST, Bethlehem, PA 18018-6004 |
| 14927081 | | Capital One Auto Finance, Credit, Bureau DISPUTE, Plano, TX 75025 |
| 14927083 | | Celtic Bank, Greenville, SC 29602 |
| 14927086 | | Chkg/Electric, PO Box 4500, Allen, TX 75013-1311 |
| 14927097 | | Destiny First Electronic Bank, Greenville, SC 29602 |
| 14927098 | | Dish Network L.L.C., 4222 Trinity Mills Rd, Ste 260, Dallas, TX 75287-7666 |
| 14927107 | | Lehigh Valley Hospital And Health Networ, Box 8500 # 8076, Philadelphia, PA 19178-8500 |
| 14927108 | | Lvnv Funding LLC, Greenville, SC 29602 |
| 14927114 | + | PP&L, BOX 419054, Saint Louis, MO 63141-9054 |
| 14927117 | + | St Lukes Hospital University Health, 801 Ostrum St, Bethlehem, PA 18015-1065 |
| 14927120 | + | UGI, BOX 15503, Wilmington, DE 19850-5503 |
| 14927123 | | WEBBANK, Greenville, SC 29602 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Dec 27 2024 23:43:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 27 2024 23:44:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14927076 | | EDI: JEFFERSONCAP.COM | Dec 28 2024 04:36:00 | Aspire Credit Card, 200 14th Ave E, Sartell, MN 56377-4500 |
| 14927077 | | Email/Text: rm-bknotices@bridgecrest.com | Dec 27 2024 23:44:00 | Bridgecrest Acceptance Corp, PO Box 29018, Phoenix, AZ 85038-9018 |
| 14927078 | | Email/Text: rm-bknotices@bridgecrest.com | Dec 27 2024 23:44:00 | Bridgecrest Acceptance Corp, PO Box 53087, Phoenix, AZ 85072-3087 |
| 14927088 | ^ | MEBN | Dec 27 2024 23:37:54 | CHKG/METROBYTMOBILE, PO Box 4500, Allen, TX 75013-1311 |
| 14927089 | ^ | MEBN | Dec 27 2024 23:37:55 | CHKG/NETFLIX, PO Box 4500, Allen, TX 75013-1311 |
| 14927080 | | EDI: CAPITALONE.COM | Dec 28 2024 04:35:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14927079 | | EDI: CAPITALONE.COM | Dec 28 2024 04:35:00 | Capital One, PO Box 31293, Salt Lake City, UT |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 84131-0293 |
| 14927082 | | EDI: CAPONEAUTO.COM | Dec 28 2024 04:36:00 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 14927091 | | EDI: CITICORP | Dec 28 2024 04:35:00 | Citibank/the Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 14927090 | | EDI: CITICORP | Dec 28 2024 04:35:00 | Citibank/the Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14927093 | | Email/Text: bankruptcy@credencerm.com | Dec 27 2024 23:44:00 | Credence Resource Mana, 4222 Trinity Mills Rd, Ste 260, Dallas, TX 75287-7666 |
| 14927094 | | Email/Text: bankruptcy@credencerm.com | Dec 27 2024 23:44:00 | Credence Resource Management, LLC, Attn: Bankruptcy, PO Box 2300, Southgate, MI 48195-4300 |
| 14927095 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 27 2024 23:42:47 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14927096 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 27 2024 23:53:50 | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14927099 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Dec 27 2024 23:43:00 | Dovenmuehle/annie Mac, 1 Corporate Dr, Lake Zurich, IL 60047-8944 |
| 14927100 | | Email/Text: EBN@edfinancial.com | Dec 27 2024 23:43:00 | Edfinancial Services L, 120 N Seven Oaks Dr, Knoxville, TN 37922-2359 |
| 14927101 | | Email/Text: BNSFN@capitalsvcs.com | Dec 27 2024 23:43:00 | First National Bank/Legacy, 500 E 60th St N, Sioux Falls, SD 57104-0478 |
| 14927102 | | Email/Text: BNSFN@capitalsvcs.com | Dec 27 2024 23:43:00 | First National Bank/Legacy, Attn: Bankruptcy, PO Box 5097, Sioux Falls, SD 57117-5097 |
| 14927103 | | EDI: JEFFERSONCAP.COM | Dec 28 2024 04:36:00 | Jefferson Capital Syst, 200 14th Ave E, Sartell, MN 56377-4500 |
| 14927104 | | EDI: JEFFERSONCAP.COM | Dec 28 2024 04:36:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 14927106 | | Email/Text: PBNCNotifications@peritusservices.com | Dec 27 2024 23:43:00 | Kohl's, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14927105 | | Email/Text: PBNCNotifications@peritusservices.com | Dec 27 2024 23:43:00 | Kohl's, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14927109 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 27 2024 23:53:50 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 14927110 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 27 2024 23:44:00 | Midland Credit Managem, 320 E Big Beaver Rd, Troy, MI 48083-1271 |
| 14927111 | | Email/Text: bankruptcydpt@mcmcg.com | Dec 27 2024 23:44:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 14927112 | | Email/Text: blegal@phfa.org | Dec 27 2024 23:44:00 | PHFA, 2101 N Front St, Harrisburg, PA 17110-1086 |
| 14927113 | ^ | MEBN | Dec 27 2024 23:37:51 | PP&L, 827 HAUSMAN ROAD, Allentown, PA 18104-9392 |
| 14927116 | | Email/Text: enotifications@santanderconsumerusa.com | Dec 27 2024 23:44:00 | Santander Consumer USA, Inc, Attn: Bankruptcy, PO Box 961245, Fort Worth, TX 76161-0244 |
| 14927115 | | Email/Text: enotifications@santanderconsumerusa.com | Dec 27 2024 23:44:00 | Santander Consumer USA, Inc, PO Box 961211, Fort Worth, TX 76161-0211 |
| 14927118 | ^ | MEBN | Dec 27 2024 23:37:47 | Telecom Selfreported, PO Box 4500, Allen, TX 75013-1311 |
| 14927119 | ^ | MEBN | Dec 27 2024 23:37:57 | The Bank of Missouri, 320 E Big Beaver Rd, Troy, MI 48083-1238 |

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 27, 2024 | Form ID: 318 | Total Noticed: 55 |

| | | | | |
|---|---|---|---|---|
| 14927121 | Email/Text: info@uccstl.com | Dec 27 2024 23:44:00 | United Cr Co, 1550 Wall St, Saint Charles, MO 63303-3545 | |
| 14927122 | Email/Text: info@uccstl.com | Dec 27 2024 23:44:00 | United Credit Co, Attn: Bankruptcy, 1550 Wall St, Saint Charles, MO 63303-3545 | |
| 14927125 | EDI: AGFINANCE.COM | Dec 28 2024 04:35:00 | WebBank/OneMain, Attn: Bankruptcy, 215 S State St, Ste 1000, Salt Lake City, UT 84111-2336 | |
| 14927124 | EDI: AGFINANCE.COM | Dec 28 2024 04:35:00 | WebBank/OneMain, PO Box 3316, Evansville, IN 47732-3316 | |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 29, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor American Neighborhood Mortgage Acceptance Company  LLC bkgroup@kmllawgroup.com |
| LYNN E. FELDMAN | on behalf of Debtor Oneida Liciaga feldmanfiling@rcn.com  feldman.lynnb123770@notify.bestcase.com |
| MARIO J. HANYON | on behalf of Creditor American Neighborhood Mortgage Acceptance Company  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| ROBERT W. SEITZER | rseitzer@karalislaw.com  PA93@ecfcbis.com;jhysley@karalislaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com  mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 6

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Oneida Liciaga<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2520<br>EIN   __-_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __-_____ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 24–13282–pmm | |

## Order of Discharge                                                                                     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Oneida Liciaga

12/26/24                                                                 **By the court:** Patricia M. Mayer
                                                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**